## CHICAGO, R. I. & P. RY. CO. v. RICH.

No. 6552—Opinion Filed June 20, 1916.

(158 Pac. 358.)

**Justices of the Peace—Review of Decisions—Security—Deposit.**

The procedure for taking appeals from the justice to the county or district court is provided in the statutes, and the only provisions therein for securing the costs is by giving an appeal bond, and the appellate judge has no right or authority to require the appellant to make a cash deposit to cover the costs in the appellate court.

(Syllabus by Mathews, C.)

Error from County Court, Johnston County: Chas. S. Fenwick, Judge.

Action by A. M. Rich against the Chicago, Rock Island & Pacific Railway Company.

Judgment for plaintiff, and defendant brings error. Reversed, with instructions.

Newman & Lawrence, C. O. Blake, and W. H. Moore, for plaintiff in error.

Ratcliff & Looney, for defendant in error.

Opinion by MATHEWS, C. The question raised by this appeal involves the right of the county or district judge to require the appellant on appeal from the justice of the peace court to make a cash deposit to cover the costs in the appellate court and to dismiss the appeal upon the failure to comply with such a requirement.

This exact question was passed upon by this court in the case of St. Louis & S. F. R. Co. v. McAllister, 56 Okla. 244, 155 Pac. 1123, and was there answered in the negative. Following that case we recommend that the judgment be reversed, and the cause remanded, with instructions that the dismissal be set aside and same reinstated.

By the Court: It is so ordered.